*State, Respondent, v. Anderson, Petitioner*, No. 91557-1. Petition for review of a decision of the Court of Appeals, No. 72760-5-I, March 9, 2015, 186 Wn. App. 1022. *Denied* September 2, 2015.

*State, Respondent, v. Holloway, Petitioner*, No. 91558-0. Petition for review of a decision of the Court of Appeals, No. 44453-4-II, February 3, 2015, 185 Wn. App. 1042. *Denied* September 2, 2015.

*State, Respondent, v. Fultz, Petitioner*, No. 91564-4. Petition for review of a decision of the Court of Appeals, No. 31936-9-III, March 10, 2015, 186 Wn. App. 1026. *Denied* September 2, 2015.

*State, Respondent, v. Firoved, Petitioner*, No. 91565-2. Petition for review of a decision of the Court of Appeals, No. 71155-5-I, March 9, 2015, 186 Wn. App. 1018. *Denied* September 2, 2015.

*State, Respondent, v. Bratton, Petitioner*, No. 91566-1. Petition for review of a decision of the Court of Appeals, No. 71651-4-I, February 17, 2015, 185 Wn. App. 1057. *Denied* September 2, 2015.

*Bichindaritz, Petitioner, v. Univ. of Wash. et al., Respondents*, No. 91571-7. Petition for review of a decision of the Court of Appeals, No. 70992-5-I, February 17, 2015, 185 Wn. App. 1055. *Denied* September 2, 2015.

*Doyle et al., Respondents, v. Goughnour, Petitioner*, No. 91576-8. Petition for review of a decision of the Court of Appeals, No. 44708-8-II, March 17, 2015, 186 Wn. App. 1029. *Denied* September 2, 2015.

*Darnall, Petitioner, v. Dalton, Respondent*, No. 91580-6. Petition for review of a decision of the Court of Appeals, No. 71444-9-I, March 9, 2015, 186 Wn. App. 1021. *Denied* September 2, 2015.